**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**AT HARTFORD**

| | |
|---|---|
| In Re: ) | Case No. 16-20030 |
| ) | |
| ) | Chapter 13 |
| JOSHUA REESE ) | |
| Debtor ) | |
| ) | FEBRUARY 9, 2016 |
| ) | |

  PLEASE TAKE NOTICE that, in accordance with Bankruptcy Rule 90l0 (b), Paul Lewis Otzel, Esq., Kapusta, Otzel & Averaimo, 250 Broad Street, Milford, CT 06460, hereby appears as attorneys for NATIONSTAR MORTGAGE LLC in the above-captioned matter.

  Please provide to Paul Lewis Otzel, Esq., c/o Kapusta, Otzel & Averaimo copies of all notices given or required to be given in this case and all papers served or required to be served, pursuant to Bankruptcy Code Sections 102(1) or 1109(b), or by Bankruptcy Rules 2002 or 9007.

  PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the Rules specified above, but also include without

limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise, (l) which affect or seek to affect in any way any rights or interest of NATIONSTAR MORTGAGE LLC with respect to (a) the debtors; (b) property or proceeds thereof in which the debtors may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by debtors.

> By:  /s/Paul Lewis Otzel_____
> PAUL LEWIS OTZEL
> KAPUSTA, OTZEL& AVERAIMO
> 250 Broad Street
> Milford, CT 06460
> 203-874-6773 (telephone)
> 203-874-5765 (fax)
> staff@milfordlegal.com (e-mail)
> Fed Bar No. ct12009

Dated:  February 9, 2016

To:  All parties on the annexed list

## **CERTIFICATION**

U S. TRUSTEE
265 Church Street, Suite 1103
New Haven, CT  06510

Bonnie C. Mangan, Esq.
TRUSTEE
1050 Sullivan Avenue, Suite A3
South Windsor, CT  06074

Suzann L. Beckett, Esq.
ATTORNEY FOR DEBTOR
543 Prospect Avenue
Hartford, CT  06105

Joshua Reese
DEBTOR
101 Whitney Avenue
Hartford, CT  06105

                                                    By:  /s/Paul Lewis Otzel_____
                                                        PAUL LEWIS OTZEL
                                                        KAPUSTA, OTZEL & AVERAIMO
                                                        250 Broad Street
                                                        Milford, CT 06460
                                                        203-874-6773 (telephone)
                                                         203-874-5765 (fax)
                                                         staff@milfordlegal.com (e-mail)
                                                         Fed Bar No. ct12009