## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### AT HARTFORD

In Re:  Joshua Reese, Debtor

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC )<br>    Movant )<br> )<br>VS. )<br> )<br>JOSHUA REESE )<br>    Respondent )<br>AND )<br>BONNIE C. MANGAN )<br>    Trustee )<br> ) | Case No. 16-20030<br><br><br><br>Chapter 7<br><br><br><br>MARCH 24, 2016 |

### WAIVER OF 30-DAY REQUIREMENT

Movant hereby respectfully waves the 30-day requirement in connection with the subject Request for Relief from Automatic Stay.

NATIONSTAR MORTGAGE LLC,
Movant,


BY____/s/ Paul Lewis Otzel_____
    PAUL LEWIS OTZEL, ESQ.
    KAPUSTA, OTZEL & AVERAIMO
    250 Broad Street
    Milford, CT  06460
    203-874-6773 (telephone)
    203-874-5765 (fax)
    staff@milfordlegal.com (e-mail)
    Fed Bar No. ct12009
    Its Attorney

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## AT HARTFORD

In Re:  Joshua Reese, Debtor

|  |  |
|---|---|
| NATIONSTAR MORTGAGE LLC ) | Case No. 16-20030 |
|     Movant ) | |
| ) | |
| VS. ) | |
| ) | Chapter 7 |
| JOSHUA REESE ) | |
|     Respondent ) | |
| AND ) | |
| BONNIE C. MANGAN ) | |
|     Trustee ) | MARCH 24, 2016 |

## CERTIFICATION

I hereby certify that I have mailed via first class mail, postage prepaid, in accordance with Rules 7004(a), 9014 F.R. Bankr.P. a copy of the matter, the aforementioned Waiver of 30-day Requirement, this 24th day of March, 2016.

U. S. TRUSTEE
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT  06510

Bonnie C. Mangan, Esq.
TRUSTEE
1050 Sullivan Avenue, Suite A3
South Windsor, CT  06074

Suzann L. Beckett, Esq.
ATTORNEY FOR DEBTOR
543 Prospect Avenue
Hartford, CT  06105

Joshua Reese
DEBTOR
101 Whitney Avenue
Hartford, CT  06105

NATIONSTAR MORTGAGE LLC
Movant,

BY_____/s/ Paul Lewis Otzel_____
PAUL LEWIS OTZEL, ESQ.
KAPUSTA, OTZEL & AVERAIMO
250 Broad Street
Milford, CT  06460
203-874-6773 (telephone)
203-874-5765 (fax)
staff@milfordlegal.com (e-mail)
Fed Bar No. ct12009
Its Attorney